Dora Kerstein and Joseph Kerstein, Respondents, v. Brooklyn and Queens Transit Corporation, Appellant.—Action to recover damages for personal injuries and loss of services on the ground of negligence. Plaintiffs' automobile, stopped in obedience to a traffic signal, was struck in the rear by defendant's trolley car and the plaintiff wife, pregnant at the time, was severely injured. Order setting aside verdicts for the plaintiffs on the ground of inadequacy and granting a new trial unanimously affirmed, with costs to abide the event. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

Domenico Marcantonio, Appellant, v. City of Beacon, Respondent.— In an action against the city of Beacon for damages for loss of services of plaintiff's infant son, order dismissing the complaint upon the ground that no notice of claim was filed by plaintiff as an individual under section 114-a of the Charter of the City of Beacon affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur. [158 Misc. 851.]